AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Christopher Lee Yates<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:19 mj 33<br>)<br>)<br>)<br>) |

**FILED**
FEB 28 2019
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 25, 2019__ in the county of __Berkeley__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 641 | Theft of Government Property |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Seth Cox, ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/28/2019

_____
Judge's signature

City and state: Martinsburg, West Virginia

Robert W. Trumble, United States Magistrate Judge
_____
Printed name and title