IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.                                             CASE NO. 3:19mj33

CHRISTOPHER LEE YATES

    DEFENDANT.

## AFFIDAVIT

1. On or about February 25, 2019, Christopher YATES unlawfully stole firearm parts, which belonged to the Bureau of Alcohol, Tobacco, Firearm and Explosives (ATF), an agency of the United States Government.

2. Investigation and intelligence reveals that YATES traveled from West Virginia to Maryland to sell the ATF firearm parts for financial gain. YATES willfully and knowingly did steal firearm slides and firearm parts of a value exceeding $1,000.

3. On 02/27/19, YATES made admissions to ATF Agents in an interview that he knowingly was in possession of stolen government property and transferred it to an individual in Maryland on February 25, 2019. YATES further stated that he did not request authorization from anyone at ATF to remove the firearm slides and parts from the ATF facility nor did he have permission to resale them.

_____
Special Agent Seth Cox
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed to me this 28th day of February, 2019.

_____
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE